IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JOHN CRABTREE,**

    *Plaintiff,*

v.                                            Civil Action No. 5:25-cv-442
                                                  The Honorable Frank W. Volk

**PRIMECARE MEDICAL, INC.;
HELEN PERKINS; CASSEY BOLEN;
HUMAYAN RASHID, MD; HELEN PERKINS;
JOHN PENNINGTON, MA, LPC, NCC, NCSC;
AND JOHN AND JANE DOE PRIMECARE
EMPLOYEES**

    *Defendants.*

**STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, AS TO DEFENDANTS, HELEN PERKINS, CASSEY BOLEN, HUMAYAN RASHID, M.D., AND JOHN PENNINGTON, MA, LPC, NCC, NCSC**

Comes Now Plaintiff, John Crabtree, by counsel, Stephen P. New, Emillee B. Wooldridge, and the law firm of Stephen New and Associates, Timothy Lupardus and the law firm of Lupardus Law Office, Amanda J. Taylor and the law firm of Taylor, Hinkle & Taylor, Zachary Whitten and the law firm of Whitten Law Office, and Robert Dunlap and the law firm of Robert Dunlap & Associates, and Defendants, Helen Perkins, Cassey Bolen, Humayan Rashid, M.D., and John Pennington, MA, LPC, NCC, NCSC, by counsel, Mark R. Simonton, Alex S. Blevins, Keri L. Shetler, James R. Prentice, and the law firm of Offutt Simmons Simonton, PLLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the voluntary dismissal of all of Plaintiff's claims against Helen Perkins, Cassey

Bolen, Humayan Rashid, M.D., and John Pennington, MA, LPC, NCC, NCSC with prejudice. The voluntary dismissal of these defendants is not in exchange for any indemnity dollars or other consideration being paid by them or on their behalf.

**JOHN CRABTREE,**

**By Counsel:**

*/s/ Amanda J. Taylor, Esquire*
Stephen P. New, Esquire (WV Bar #7756)
Emilee B. Wooldridge, Esquire (WV Bar #14310)
***Stephen New & Associates***
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017
Facsimile:  (304) 250-6012
steve@newlawoffice.com
emilee@newlawoffice.com

Timothy P. Lupardus, Esquire (WV Bar #6252)
***Lupardus Law Office, L.C.***
Post Office Box 1680
Pineville, West Virginia 24874
Telephone:   (304) 732-0250
office@luparduslaw.com

Amanda J. Taylor, Esquire (WV Bar #11635)
***Taylor, Hinkle & Taylor Inc.***
115 ½ South Kanawha Street
Beckley, West Virginia 25801
Telephone:   (304) 894-8733
Facsimile:    (681) 245-6236
amanda@thtwv.com

Zachary Whitten, Esquire (WV Bar #13709)
***The Whitten Law Office***
Post Office Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

2

Robert Dunlap, Esquire (WV Bar #10012)
***Robert Dunlap & Associates***
208 Main Street
Beckley, West Virginia 25801
Telephone: (304) 255-4762
robertdunlapesq@gmail.com


**PRIMECARE DEFENDANTS**

**By Counsel:**


***/s/ Mark R. Simonton, Esquire***
Mark R. Simonton, Esquire (WV Bar #13049)
Alex S. Blevins, Esquire (WV Bar #14047)
Keri L. Shetler, Esquire (WV Bar #14585)
James R. Prentice, Esquire (WV Bar #14670)
***Offutt Simmons Simonton, PLLC***
949 Third Avenue, Suite 300
Huntington, WV 25701
Telephone:  (304) 529-2868
Facsimile:   (304) 529-2999
mrsimonton@offuttlegal.com
asblevins@offuttlegal.com
klshetler@offuttlegal.com
jrprentice@offuttlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JOHN CRABTREE,**

    *Plaintiff*,

v.                                       **Civil Action No. 5:25-cv-442**
                                              **The Honorable Frank W. Volk**

**PRIMECARE MEDICAL, INC.;**
**HELEN PERKINS; CASSEY BOLEN;**
**HUMAYAN RASHID, MD; HELEN PERKINS;**
**JOHN PENNINGTON, MA, LPC, NCC, NCSC;**
**AND JOHN AND JANE DOE PRIMECARE**
**EMPLOYEES**

    *Defendants*.

## CERTIFICATE OF SERVICE

      The undersigned counsel for Defendants, Helen Perkins, Cassey Bolen, Humayan Rashid, M.D., John Pennington, MA, LPC, NCC, NCSC, and John and Jane Doe PrimeCare Employees, do hereby certify that a true and correct copy of the foregoing ***"Stipulation Of Voluntary Dismissal, With Prejudice, As To Defendants, Helen Perkins, Cassey Bolen, Humayan Rashid, M.D., And John Pennington, MA, LPC, NCC, NCSC"*** has been served upon counsel of record this **1st** day of **October, 2025,** via the Court's electronic filing system which shall send notice of the same to the following:

                        Timothy P. Lupardus, Esquire
                        ***Lupardus Law Office, L.C.***
                        Post Office Box 1680
                        Pineville, West Virginia 24874

                        Amanda J. Taylor, Esquire
                        ***Taylor, Hinkle & Taylor Inc.***
                        115 ½ South Kanawha Street
                        Beckley, West Virginia 25801

                         Stephen P. New, Esquire
                    Emilee B. Wooldridge, Esquire
                     ***Stephen New & Associates***
                    Beckley, West Virginia 25801

                       Zachary Whitten, Esquire
                      ***The Whitten Law Office***
                       Post Office Box 753
                  Pineville, West Virginia 24874

                       Robert Dunlap, Esquire
                   ***Robert Dunlap & Associates***
                        208 Main Street
                    Beckley, West Virginia 25801


                                                      ***/s/ Mark R. Simonton, Esquire***
                                              Mark R. Simonton, Esquire (WV Bar #13049)